IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RAFER E. BOWMAN | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv270 |
| CORR HEALTH, ET AL. | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Rafer E. Bowman, formerly an inmate in the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought the above-styled lawsuit. The action was dismissed without prejudice on October 10, 2023. More than one year later, on October 29, 2024, plaintiff filed a Motion to Reopen Civil Rights Complaint [Dkt. 27] and Motion to Proceed *In Forma Pauperis* [Dkt. 29].

Interpreted liberally, plaintiff's motion to reopen is construed as a motion for relief from judgment pursuant to FED. R. CIV. P. 60(b). This memorandum opinion and order considers such motion.

## ANALYSIS

Rule 60(b), FED. R. CIV. P., provides in pertinent part:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud ..., misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

After due consideration of plaintiff's motion to reopen, the Court is of the opinion that the motion fails to set forth a meritorious ground warranting relief. Plaintiff's motion provides no reason in support of his request to reopen the case. Further, plaintiff's motion to proceed *in forma pauperis* provides no financial information regarding his ability to proceed on an *in forma pauperis* basis. Therefore, plaintiff's motions should be denied.

## ORDER

For the reasons set forth above, plaintiff's motion for relief from judgment is without merit. Accordingly, the motion should be denied. It is therefore,

ORDERED that plaintiff's motion for relief from judgment is DENIED. Additionally, it is

ORDERED that plaintiff's motion to proceed *in forma pauperis* is DENIED as moot.

**SIGNED this 25th day of June, 2025.**

Michael J. Truncale
United States District Judge